Greg R. Arnove
Texas Bar No. 00783562
ARNOVE LAW OFFICE
5068 W. Plano Parkway, Suite 300
Plano, Texas 75093
(972) 379-9250 phone
(972) 381-4201 fax
arnovelaw@gmail.com
Attorney for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE:

Kimberly D McRoberts,

Debtor(s)

Case No. 19-40065
Chapter 13

## DEBTOR(S)' WITNESS LIST FOR HEARING ON MOTION TO MODIFY CONFIRMED CHAPTER 13 PLAN

COMES NOW Kimberly D McRoberts and files this Debtor's Witness and Exhibit List for Hearing on Motion to Modify Confirmed Chapter 13 Plan, and lists the following:

1.  Kimberly D McRoberts

Respectfully Submitted,
/s/ Greg R. Arnove
Greg R. Arnove
SBOT # 00783562
Collins & Arnove
555 Republic Drive, Suite 200
Plano, TX 75074
972-516-4255
972-516-4256 (fax)

Attorney for Debtor

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a copy of the foregoing document was served on the following parties through the court's electronic notification system as permitted by Appendix 5005 to the Local Rules of the U.S. Bankruptcy Court for the Eastern District of Texas, this the 9th day of July, 2019.

                                                  /s/ Greg R. Arnove
                                                  Greg R. Arnove

Chapter 13 Trustee
PO Box 941166
Plano, TX 75094-1166

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK, VA 23541